Andranik **KHANJARYAN**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–72939.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publi-

cation and is not precedent except as provid-

900

Submitted Sept. 23, 2014.*

Filed Oct. 3, 2014.

Asbet Issakhanian, Law Offices of Asbet A. Issakhanian, Glendale, CA, A. Ashley Gambourian, Law Offices of A. Ashley Gambourian, Burbank, CA, for Petitioner.

OIL, Norah Ascoli Schwarz, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Andranik Khanjaryan, a native of the former U.S.S.R. and a citizen of Armenia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

The agency did not abuse its discretion by denying Khanjaryan's motion to reopen where Khanjaryan did not offer any grounds for rescission of his in absentia order of removal. *See* 8 U.S.C.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

§ 1229a(b)(5)(C); 8 C.F.R. § 1003.23(b)(4)(ii).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.